No. 627.   AGOBIAN ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Peter J. Hughes* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 629.   FRANCIS *v.* PENNSYLVANIA.   Superior Court of Pennsylvania.   Certiorari denied.   Petitioner *pro se. Arlen Specter* for respondent.

No. 632.   HARRIS *v.* NORFOLK SOUTHERN RAILWAY. C. A. 4th Cir.   Certiorari denied.   *Louis B. Fine* and *Howard I. Legum* for petitioner.   *William C. Worthington* for respondent.

No. 640.   COHEN *v.* NEW YORK.   Supreme Court of New York, Kings County.   Certiorari denied.   *William W. Kleinman* and *Eugene Gold* for petitioner.   *Edward S. Silver* and *William I. Siegel* for respondent.

No. 644.   SOUTHERN RAILWAY Co. *v.* GUILFORD NATIONAL BANK OF GREENSBORO, ADMINISTRATOR.   C. A. 4th Cir.   Certiorari denied.   *W. T. Joyner* and *C. T. Leonard, Jr.* for petitioner.

No. 646.   SARELAS *v.* PORIKOS ET AL.   C. A. 7th Cir. Certiorari denied.   *Peter S. Sarelas,* petitioner, *pro se.*

No. 650.   BOREN *v.* McLEAN, U. S. DISTRICT JUDGE. C. A. 2d Cir.   Certiorari denied.   *Richard H. Wels* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard Schmude* for respondent.